UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elsie M. Mayard,                                                    Civil No. 13-661 (DWF/JJK)

          Plaintiff,

v.                                                                  **ORDER ADOPTING REPORT**
•                                                                   **AND RECOMMENDATION**
Anthony Tallarico; Carlos Wong; Daniel Freiermuth;
Chad Slagter; Thoms Quinlan; John Harrington;
State of Minnesota; Does 1 through 10, individually
and in their official capacity; and City of St. Paul,

          Defendants.

This matter is before the Court upon Plaintiff Elsie M. Mayard's ("Plaintiff") *pro se* objections to Magistrate Judge Jeffrey J. Keyes's May 16, 2013 Report and Recommendation insofar as it recommends that Plaintiff's application for leave to proceed *in forma pauperis* be denied and this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of the parties, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.  Plaintiff Elsie M. Mayard's objections (Doc. No. [6]) to Magistrate Judge Jeffrey J. Keyes's May 16, 2013 Report and Recommendation are **OVERRULED**.

2.  Magistrate Judge Jeffrey J. Keyes's May 16, 2013 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

3.  Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

4.  This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 7, 2013                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge